## STATEMENT OF FACTS

On or about February 8, 2020, at approximately 1:41 p.m., at the corner of 15th Street NW and Pennsylvania Avenue NW, Washington, D.C., your affiant, an officer in the Uniform Division of the United States Secret Service, was on duty on a foot beat, in full police uniform. Your affiant was approached by an individual, later identified as the defendant Roger Hedgpeth, who stated words to the effect of, "I am here to kill President Donald Trump." Your affiant asked the defendant how he planned to do that, and the defendant responded with words to the effect of "I have a knife to do it with."

Your affiant detained the defendant and conducted a protective pat-down, which revealed a sharp knife in a plastic sheath on his left hip and an empty pistol holster on his right hip. The knife blade was approximately 3.5 inches long.

Officer Polit who is also with the United States Secret Service Uniform Division, arrived on the scene to assist. Officer Polit told your affiant that he heard the defendant say words to the effect of, "If I can see Donald Trump I will not assassinate him."

The Secret Service conducted an NCIC/WALES check of the defendant's driver's license, which returned that the defendant had been reported as a critically missing/endangered person, and that he had received mental health treatment in Florida. As this check was being conducted, your affiant heard the defendant state that a "higher power, God," is telling him what to do.

The defendant was transported to CPEP for mental observation, and your affiant heard him tell mental health staff that he was being told by the voice that he is "doing good."

The defendant was interviewed by Secret Service agents. Your affiant told agents that he had arrived on the date of the incident after driving from Madison, Wisconsin, after seeing his ex-girlfriend. He said that he wanted to speak with the President about the treatment and lack of respect he has received as a military veteran. Hedgpeth stated that being forced to pray and take medications are a violation of his rights, and that he wanted to tell the President about that. When asked about his statement about wanting to kill the President and having a knife, the defendant stated that he only wanted to get the officer's attention. When asked if he would try to hurt the President or any U.S. Secret Service protectee, the defendant said only if the Holy Spirit told him to, and he continued that the Holy Spirit only tells him to hurt bad people.

The defendant told Secret Service agents that he had been involuntarily committed to two Veterans' Affairs hospitals. The defendant denied having been diagnosed with mental health issues and that he is only tricked into taking medication. According to an eCheck report, the

defendant has in fact been diagnosed with a mental health disorder and is being treated at a Veterans' Affairs hospital in Florida.

_____
Jamaall McFarlane
Officer, United States Secret Service


Sworn and subscribed to me before this tenth day of February, 2020.

_____
The Honorable G. Michael Harvey
United States Magistrate Judge